No. 04–1739.  BEARD, SECRETARY, PENNSYLVANIA DEPART-
MENT OF CORRECTIONS *v.* BANKS, INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY SITUATED.  C. A. 3d Cir.  Certiorari
granted.

No. 05–416.  WOODFORD ET AL. *v.* NGO.  C. A. 9th Cir.  Certio-
rari granted.

No. 04–9814.  CAMPBELL *v.* DRETKE, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS
DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 05–74.  HINOJOSA *v.* JOSTENS, INC.  C. A. 5th Cir.  Certio-
rari denied.

No. 05–187.  KOCAK *v.* COMMUNITY HEALTH PARTNERS OF
OHIO, INC.  C. A. 6th Cir.  Certiorari denied.

No. 05–203.  LAMBETH ET AL. *v.* BOARD OF COMMISSIONERS OF
DAVIDSON COUNTY, NORTH CAROLINA.  C. A. 4th Cir.  Certiorari
denied.

No. 05–212.  JOHNSON ET AL. *v.* BUSH, GOVERNOR OF FLORIDA,
ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 05–216.  DANTZ *v.* AMERICAN APPLE GROUP, LLC.  C. A.
6th Cir.  Certiorari denied.

No. 05–313.  BURR *v.* HASBROUCK HEIGHTS POLICE DEPART-
MENT ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 05–323.  GOODRICH CORP., FKA BF GOODRICH CO. *v.* INTER-
NATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORK-
ERS LOCAL LODGE 2121 AFL–CIO.  C. A. 5th Cir.  Certiorari
denied.

No. 05–324.  HARRAH'S LAS VEGAS, INC., ET AL. *v.* SNOWNEY.
Sup. Ct. Cal.  Certiorari denied.